IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

FILED
01 OCT 17 PM 2:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

P8

| | |
|---|---|
| HOMER ALAN KILE; JOHNATHAN D. WYNN; MARK LOLLING; CURTIS MOORE; TOMMY JONES; ADRIAN QUINN; JOE C. WHEELER, JR.; VIRGIL WESTBROOK; CARL MCRATH; RODERICK A. WHITE; DENNIS JONES; STEFIONZA SMITH; DANNY R. JONES; EUGENE JONES; JAMES WHITE; DENNIS MINOR; JAMICHAEL CATTLING; RODNEY JOHNSON; SHANNON CATTLING; MARTIN P. RUIZ; RAYBORN DOUGLAS, JR. WILLIAM GENE BARRON, JR. | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| PLAINTIFFS, | ) |
| VS. | ) CASE NO.:_____ |
| OSBORN TRANSPORTATION, INC. | ) CV-01-JEO-2641-M |
| DEFENDANT. | |

## COMPLAINT

### Factual Averments

1. The above named plaintiffs, former or current employees of defendant, Osborn Transportation, Inc. ("Osborn"), bring this action on behalf of themselves and other similarly situated employees of defendant to recover unpaid wages, overtime compensation, liquidated damages, prejudgment interest, attorney's fees, and costs under the provisions of Section 16(b) of the Fair Labor Standards Act of 1938, as amended (29 USC § 216(b)), hereinafter referred to as the Act.

2. Jurisdiction of this action is conferred on the court by Section 16(b) of the Act (29 USC

1

§ 216(b)), which provides that the action may be maintained in any federal or state court of competent jurisdiction, and by 28 USC.§ 1337, which confers jurisdiction on federal courts.

3. Plaintiffs are residents of Etowah County, Alabama.

4. Defendant Osborn, upon information and belief, is an Alabama corporation that was doing business in Alabama in Etowah County at all times pertinent hereto.

5. At all times hereinafter mentioned, defendant Osborn was engaged in commerce and/or was an enterprise engaged in commerce. At all times hereinafter mentioned, the business activities of defendant were related and were performed through unified operation and common control for a common business purpose, and constituted an enterprise within the meaning of Section 3(r) of the Act(29 USC § 203(r)).

6. Defendant has employed or currently employs plaintiffs as loaders in connection with the business of defendant. Plaintiffs, throughout their employment with Osborn, worked most, if not all, weeks in excess of forty hours.

## COUNT I

### FAILURE TO COMPLY WITH THE WAGE AND HOUR LAW

7. Plaintiffs incorporate by reference as if fully set out herein paragraphs 1 through 6 above.

8. During said periods of employment, and specifically during the two to three years prior to the filing of this complaint, defendant employed plaintiffs for many workweeks longer that 40 hours and failed and refused to compensate plaintiffs for work in excess of 40 hours at rates not less than one and one-half times the regular rates at which they were employed, contrary to the provisions of Section 7(a) of the Act (29 UCS § 207(a)). The records concerning the number of excess hours worked by plaintiffs and the compensation they received are in exclusive possession and control of defendant, and plaintiffs are unable to state at this time the exact amount owing to

plaintiffs. Plaintiffs propose to obtain such information by appropriate discovery proceedings to be taken in this cause, and plaintiffs will then amend their pleadings herein to set forth the amounts due.

9. Plaintiffs aver that defendant's refusal to pay benefits as prescribed by law was knowing, intentional, and wilful, and was part of a pattern and practice of intentional, wrongful conduct.

WHEREFORE, plaintiffs pray that judgment be entered herein against defendant in the amount due to plaintiffs for overtime compensation, liquidated damages, prejudgment interest, and costs under the provisions of the Fair Labor Standards Act of 1938, as amended, and that this court also allow a reasonable attorney's fee to be paid by defendant, as provided by the Act.

DAVID WEBSTER
ASB-5114-R75D
ATTORNEY FOR PLAINTIFFS

1016 Forrest Avenue
Gadsden, AL 35901
(256) 549-0720
(256) 549-1720

REBECCA A. WALKER
ASB-9979-L61R
ATTORNEY FOR PLAINTIFFS

706 South 4th Street
P. O. Box 186
Gadsden, AL 35902
(256) 547-3334
(256) 547-3338 (fax)

**PLAINTIFFS DEMAND TRIAL BY JURY**

DAVID WEBSTER
ASB-5114-R75D

REBECCA A. WALKER
ASB-9979-L61R

Defendant may be served as follows:

E. C. Osborn, Registered Agent
Osborn Transportation, Inc.
1245 W. Grand Avenue
Rainbow City, AL 35906