IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| HOMER ALAN KILE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 01-JEO-2641-M |
| ) | |
| OSBORN TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

**FILED 03 APR 28 AM 10:26**
**U.S. DISTRICT COURT**
**N.D. OF ALABAMA**

**ENTERED**
**APR 28 2003**

O R D E R

The above-styled action is before the court on the Stipulation for Dismissal with Prejudice filed by the parties. Upon consideration of the matters presented in the motion, and for good cause shown, it is **ORDERED** that the plaintiffs' claims against the defendant in the above-styled action are hereby **DISMISSED WITH PREJUDICE**. Costs are taxed as paid.

**DONE and ORDERED** this 28th day of April, 2003.

John E. Ott
JOHN E. OTT
United States Magistrate Judge

54